IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-mj-1148-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WAYDE MCKELVY,

    Defendant.

_____

**AMENDED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO EXONERATE BOND AND RELEASE FUNDS**
_____

Magistrate Judge Nina Y. Wang

    This matter comes before the court on the Unopposed Motion to Exonerate Bond and Release Funds [#22] filed by Defendant Wayde Mckelvy on November 25, 2015. On September 9, 2015, Defendant appeared before the undersigned Magistrate Judge for an initial appearance on an indictment out of the United States District Court for the Eastern District of Pennsylvania. At that time, Defendant waived his Identity and Preliminary Hearings. [#11]. He also requested that he be permitted to reside in Nevada, pending trial. [#10].

    To ensure that Defendant appeared as required in the Eastern District of Pennsylvania, this court set certain bond conditions, including a $10,000 bond, secured by a 10% deposit with the court. [#13]. Defendant was further ordered to appear before the Honorable Richard A. Lloret. [*Id.*] Defendant appeared for his arraignment before Magistrate Judge Lloret on October 2, 2015, who set conditions for his pretrial release. [#22-1]. At that time, Magistrate Judge Lloret eliminated the requirement for security currently held by the Clerk of the Court for the

District of Colorado. [*Id.*]  Defendant represents that the Government has no objection to the Motion or requested relief.  [#22].

On November 25, 2015, this court ordered the exoneration of the bond and the release of funds to Defendant Wayde Mckelvy, as requested by Defendant in his Motion.  [#22, #23]. After entry of the court's order [#23], it came to the court's attention that the bond was not posted by Mr. Mckelvy, but by Shelbi L. Harris.

Accordingly, **IT IS ORDERED** that:

(1) Defendant's Unopposed Motion to Exonerate Bond and Release Funds [#22] is **GRANTED, AS AMENDED BELOW**;

(2) Defendant's Conditions of Release as set in [#15] are **SUPERSEDED** by the conditions for pretrial release set by the Eastern District of Pennsylvania [#22-1]; and

(3) The bond is **EXONERATED,** and Clerk of the Court is **DIRECTED** to return the security in the amount of one thousand dollars ($1,000.00), paid to Shelbi L. Harris, at the following address:

> 19478 E. 40th Place
> Denver, Colorado 80249

DATED:  November 27, 2015					BY THE COURT:

s/ Nina Y. Wang
United States Magistrate Judge